UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HAROLD SMITH, <br> Petitioner, <br> v. <br> DIRECTOR OF THE CDCR, <br> Respondent. | No. EDCV 11-521-VBF (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 6/19/2013

_____
VALERIE BAKER FAIRBANK
United States District Judge